UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN RODRIGUEZ, *et al.*,

    Plaintiffs,

    v.

WEST PUBLISHING CORP., *et al.*,

    Defendants.

Case No. C06-1096L

ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. On July 10, 2006, third party James Rigos, a resident of this district, filed objections to a subpoena duces tecum served on him by defendant West Publishing Corporation d/b/a BAR/BRI ("BAR/BRI") related to the underlying case currently pending in the Central District of California. BAR/BRI subsequently filed a motion to compel, which the Court denied because the parties did not comply with the meet and confer requirement in the Local Rules prior to filing the motion. In its order, dated August 22, 2006, the Court offered the parties extensive guidance on the dispute.

    Since that time, the parties have not filed any documents in this case. The Court therefore assumes that they have resolved the dispute. Therefore, the parties are ordered to SHOW

ORDER TO SHOW CAUSE - 1

1   CAUSE, within ten days of the date of this order, why this case should not be closed.

2

3       DATED this 20th day of October, 2006.

4

5

6                               Robert S. Lasnik
7                               United States District Judge

28   ORDER TO SHOW CAUSE - 2