UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN RODRIGUEZ, *et al.*,

    Plaintiffs,

    v.

WEST PUBLISHING CORP., *et al.*,

    Defendants.

Case No. C06-1096L

ORDER VACATING ORDER
TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On October 20, 2006, the Court issued an order to show cause why this case should not be closed because the parties had not filed any documents in some time and appeared to have resolved the issues themselves without further need for the Court's assistance. Since then, West Publishing Company ("West") responded to the order to show cause and requested that the case remain open to allow it additional time to obtain the requested discovery from third party James Rigos, who resides in this district.[1]

In light of West's response, the order to show cause (Dkt. #12) is VACATED and the case shall remain open. West shall notify the Court when the issues raised in its motion to

---

[1] Mr. Rigos has filed a Supplemental Declaration that does not address the order to show cause.

ORDER VACATING ORDER
TO SHOW CAUSE - 1

1 | compel are resolved.

3 | DATED this 31st day of October, 2006.

*[signature: Robert S. Lasnik]*
Robert S. Lasnik
United States District Judge

28 | ORDER VACATING ORDER
TO SHOW CAUSE - 2