UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN RODRIGUEZ, *et al.*,

    Plaintiffs,

    v.

WEST PUBLISHING CORP., *et al.*,

    Defendants.

Case No. C06-1096L

SECOND ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. On July 10, 2006, third party James Rigos, a resident of this district, filed objections to a subpoena duces tecum served on him by defendant West Publishing Corporation d/b/a BAR/BRI ("BAR/BRI") related to the underlying case in the Central District of California. In November 2006, the Court issued an order granting in part and denying in part Rigos's motion for a protective order. Since that time, the parties have not filed any documents in this case. Therefore, the parties are ordered to SHOW CAUSE, within ten days of the date of this order, why this case should not be closed.

    DATED this 28th day of November, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

SECOND ORDER TO SHOW CAUSE