UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYAN RODRIGUEZ, *et al.*,

    Plaintiffs,

  v.

WEST PUBLISHING CORP., *et al.*,

    Defendants.

Case No.  C06-1096RSL

ORDER OF DISMISSAL

    This matter comes before the Court on its November 28, 2007 order to show cause why this case should not be closed because the parties have not filed any documents in this case since November 2006.  Neither party responded to the order to show cause.  Accordingly, this case is DISMISSED.  The Clerk of the Court is directed to close this case.

    DATED this 28th day of December, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL